UNITED STATES BANKRUPTCY COURT
EASTERN DISTRICT OF MISSOURI
EASTERN DIVISION

IN RE:                          )    CASE NO: 10-41755-659
                                )
KAREN E SHELTON-HENRY           )
                                )    CHAPTER 13
                                )
                                )
              DEBTOR(S)          )

LIST OF UNCLAIMED FUNDS AND ENTITIES
WHICH ARE ENTITLED TO PAYMENT

       COMES NOW JOHN V. LABARGE, JR., CHAPTER 13 TRUSTEE, AND PROVIDES
LIST FOR FILING PURSUANT TO BANKRUPTCY RULE 3011.  THE FOLLOWING IS A
LIST OF ALL KNOWN NAMES AND ADDRESSES OF THE ENTITIES AND THE AMOUNTS
WHICH THEY ARE ENTITLED TO BE PAID FROM REMAINING PROPERTY OF THE
ESTATE THAT IS PAID HEREWITH INTO COURT PURSUANT TO 11 U.S.C. SECTION
347(A):


HOMEQ SERVICING
701 CORPORATE CENTER DR          $          282.80
STE 300/RECOVERY
RALEIGH NC
273843              27607


                                 /s/ John V. LaBarge, Jr.
                                 ----------------------------------
DATE: June 30, 2011              JOHN V. LABARGE, JR.,
                                 CHAPTER 13 TRUSTEE
                                 P.O. Box 430908
                                 St. Louis, MO 63143
XC -091                          (314) 781-8100   trust33@ch13stl.com